**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

KARI WASNEY, et al.,

    Plaintiffs,

v.                                          Case No. 10-CV-12710-DT

MRS ASSOCIATES, INC., et al.,

    Defendants.
                                                    /

**ORDER SCHEDULING SETTLEMENT CONFERENCE
AND EXTENDING DEADLINES**

On December 16, 2010, counsel appeared for oral argument on Plaintiffs' motion to compel. Instead of proceeding to argument, counsel requested a status conference, during which they informed the court that the parties were engaged in negotiations to amicably resolve this case. Having heard the positions of the parties, the court is inclined to believe that further settlement discussions, if entered into in good faith, will likely resolve this matter. Accordingly,

IT IS ORDERED that counsel shall appear for a settlement conference on **January 4, 2011, at 9:00 a.m.** The court anticipates that a party representative from each side will personally appear at the conference but the court will entertain reasonable requests to participate by telephone. In the event the parties reach a settlement prior to the conference, they are DIRECTED to notify the court via a joint telephone call. If a settlement is not reached before or during the conference, the court

will be prepared, if necessary, to hear argument on Plaintiffs' motion to compel immediately following the conference.

Plaintiffs' counsel is DIRECTED to transmit, in writing, a reasonable settlement demand to Defendants' counsel by **December 24, 2010**. Defendants' counsel shall respond, in writing, with either an acceptance or a counter-offer by **December 28, 2010**.

IT IS FURTHER ORDERED that the discovery deadline is EXTENDED by two weeks to account for the delay in proceedings resulting from the settlement conference.

Finally, the deadline for Plaintiffs to respond to Defendants' motion for summary judgment [Dkt. # 20] is EXTENDED until **January 18, 2011**, to allow the parties to conserve resources while pursuing settlement.

        S/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: December 20, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 20, 2010, by electronic and/or ordinary mail.

        S/Lisa G. Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522